UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:14-MJ-01757-JG

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| FREDY DEMETRIO GOMEZ-VASQUEZ | ) |

The United States of America, by and through the United States Attorney for the Eastern District of North Carolina, has moved the Court to dismiss, without prejudice, the pending Criminal Complaint relative to the above captioned defendant.

After due consideration and for good cause shown in the Government's motion, the Court hereby GRANTS the Government's motion and ORDERS the subject Criminal Complaint DISMISSED without prejudice.

SO ORDERED. This 6 day of May 2014.

JAMES C. DEVER III
Chief United States District Judge